**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:25-cr-150 |
| TYRONE LAMONT OLIVER, | |
| Defendant. | |

## O R D E R

This matter comes before the Court on the Government's Motion to Dismiss. (Doc. 10.) Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** the Information against Defendant Tyrone Lamont Oliver in the above-captioned case without prejudice. The Court DENIES AS MOOT any pending motions as to the Defendant and DIRECTS the Clerk of Court to TERMINATE this case.

**SO ORDERED**, this 3rd day of December, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA